```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANDREA LOUNDS, a mother and natural                         :
guardian of infant D.E.,                                    :
                                                            :
                            Plaintiff,                      :
                                                            :
             -v-                                            :
                                                            :
CITY OF NEW YORK; Police Officer                            :
LORRAINE FUENTES, Shield No. 009878; and                    :
JOHN and JANE DOE 1 through 10,                             :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 27, 2017

17-cv-5511 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

This case has been designated to participate in the United States District Court for the Southern District of New York's Local Civil Rule 83.10 (formerly known as the Section 1983 Plan) (the "Plan").

The Court will allow this case to remain in the Plan for a period of six months from the date of the original order designating it as part of the Plan, after which time the Court will review this case for possible sua sponte removal from the Plan. This action was designated as part of the Plan on July 21, 2017. The six-month period expires on **Monday, January 22, 2018**.

Furthermore, if either party wishes to remove this case from the Plan at any time within that period, counsel should notify the Court, and the Court will consider the request.

Many cases remain in the Plan for lengthy periods and require the Court's intervention despite those lengthy periods in the Plan. It is this Court's intent to ensure that such cases do not remain in the Plan when resolution through the Plan is unlikely or causing undue delay. As a result, parties wishing to take advantage of mediation under the Plan should make every effort not to cancel or adjourn scheduled mediation sessions.

Finally, defendants are directed to inform the Court not later than **Friday, September 15, 2017**, whether they have taken a "no pay" position in this matter.

SO ORDERED.

Dated:    New York, New York
         July 27, 2017

_____
KATHERINE B. FORREST
United States District Judge