UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDREA LOUNDS, a mother and natural guardian of infant D.E.,

                                        Plaintiff,

                  -against-

CITY OF NEW YORK; Police Officer LORRAINE FUENTES, Shield No. 009878; and JOHN and JANE DOE 1 through 10,

                                        Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

17 CV 5511 (KBF)

        **PLEASE TAKE NOTICE** that **Geoffrey M. Stannard**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York in this action, and requests that all papers and future notifications in this action be served upon the undersigned at the address listed below and copied to ecf@law.nyc.gov.

Dated:       New York, New York
                August 21, 2017

                                              ZACHARY W. CARTER
                                              Corporation Counsel
                                                  of the City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street, Rm. 3-201
                                              New York, New York 10007
                                              (212) 356-2409
                                              gstannar@law.nyc.gov

                                              By:       /s/
                                                           _____
                                              GEOFFREY M. STANNARD
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

cc:           **BY ECF**
               Gabriel P. Harvis, *Attorney for Plaintiff*