

**ZACHARY A. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEOFFREY M. STANNARD**
*Assistant Corporation Counsel*
phone: (212) 356-2409
fax: (212) 356-1148
email: gstannar@law.nyc.gov

September 15, 2017

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    Andrea Lounds v. City of New York et al.
               17 CV 5511 (KBF)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York ("City") in the above-referenced case. Defendant City writes respectfully in response to Your Honor's Order dated July 27, 2017, which directed defendant to inform the Court whether it has taken a 'no pay' position in this matter. (ECF No. 8.) In response to the Court's Order, the City has not taken a "no-pay" position in this matter.

        Defendant City thanks the Court for its time and consideration.

        Respectfully submitted,

        /s/

        Geoffrey M. Stannard
        *Assistant Corporation Counsel*
        Special Federal Litigation

cc:    **BY ECF**
       Gabriel P. Harvis, *Attorney for Plaintiff*