UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREA LOUNDS, a mother and natural
guardian of infant D.E.,

                Plaintiff,

       -v-

CITY OF NEW YORK; Police Officer
LORRAINE FUENTES, Shield No. 009878; and
JOHN and JANE DOE 1 through 10,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 16, 2017

17-cv-5511 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On July 20, 2017, plaintiff Andrea Lounds ("plaintiff" or "Lounds") filed the instant action against defendants City of New York, Lorraine Fuentes, and John and Jane Doe Officers 1-10 pursuant to 42 U.S.C. §§ 1983 and 1988. (Compl., ECF No. 1.) Defendants filed an answer on October 12, 2017. (ECF No. 12.)

By order dated July 27, 2017, this Court informed the parties that the case had been designated to participate in the Southern District of New York's Local Civil Rule 83.10 (formerly known as the Section 1983 Plan) (the "Plan"), and that the Court would allow the case to remain in the plan for a period of six months, or until **Monday, January 22, 2018**. (ECF No. 8.) Defendants were further directed to inform the Court whether they were adopting a "no-pay" position not later than September 15, 2017. (Id.) On that day, defendants informed the Court that they were not taking a "no-pay" position.

In light of this procedural history, the Court hereby ORDERS the following:

1. The Mediation Office is hereby directed to appoint a mediator <u>immediately</u> and set a mediation schedule that will allow for meaningful talks between the parties before the end of the year.

2. The parties are directed to file a joint letter regarding the status of ongoing mediation not later than **Friday, December 8, 2017**.

As the Court previously noted at ECF No. 8, if either party wishes to remove this case from the Plan at any time before January 22, 2018, counsel should notify the Court, and the Court will consider the request.

SO ORDERED.

Dated:    New York, New York
         October 16, 2017

_____
KATHERINE B. FORREST
United States District Judge