UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                      :
_____ :
_____ :
                         Plaintiff(s),     :
                                      :        ____ Civ. _____ (KBF)
              -v-                             :
_____ :        <u>SCHEDULING ORDER</u>
_____ :
                         Defendant(s).  :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do    / do not    ]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial.  28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 10 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: _____.  **[within 6 months unless the case is particularly complex]**

4. Close of expert discovery: _____.  **[25 days after the close of fact discovery for all but the most complex cases; for particularly complex cases, 60 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

    The parties contemplate experts in this matter for the following subject(s): _____.

5. **[For F.L.S.A. actions only]**  Plaintiff(s) **[do    / do not    ]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b).  Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

<u>Section 216(b) proposed briefing schedule:</u>
Opening:     _____ **[30 days after initial conference]**
Opp'n:       _____ **[21 days after opening brief]**
Reply:       _____ **[7 days after opposition brief]**

6. Motions may be brought at any time.  The last opportunity to file any motion (other than <u>in limine</u> and <u>Daubert</u> motions) are set forth below.

   <u>Proposed briefing schedule:</u>
   Opening:     _____ **[no later than 14 days following item 3]**
   Opp'n:       _____ **[generally 21 days after opening brief]**
   Reply:       _____ **[generally 7 days after opposition brief]**

7. Trial **[will     / will not     ]** be before a jury.[2]

   **DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 8-11.**

8. The next status conference is set for _____ at _____.

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

    Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later.  <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later.  (No replies.)[3]

11. Trial in this matter shall commence on _____.  Trial is anticipated to take _____ **[days / weeks]**.

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.
Dated: New York, New York
_____, 2017

                                             _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b).  It serves a purely administrative function.

[3] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change.  The parties may request to modify the schedule if desired.