UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

ANDREA LOUNDS, as mother and natural guardian of infant D.E. :

                                           :

                              Plaintiff(s),     :        __17__  Civ. __5511__  (KBF)

                                           :

                    -v-                 :

CITY OF NEW YORK, et al.                 :       SCHEDULING ORDER

                                         :

                           Defendant(s).    :

-------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do** ☐ **/ do not** ☑ **]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 10 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: __May 7, 2018__ . **[within 6 months unless the case is particularly complex]**

4. Close of expert discovery: __Expert discovery not contemplated__ . **[25 days after the close of fact discovery for all but the most complex cases; for particularly complex cases, 60 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

    The parties contemplate experts in this matter for the following subject(s): __None.__ .

5. **[For F.L.S.A. actions only]** Plaintiff(s) **[do** ☐ **/ do not** ☐ **]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:

Opening: _____ [30 days after initial conference]

Opp'n: _____ [21 days after opening brief]

Reply: _____ [7 days after opposition brief]

6.  Motions may be brought at any time.  The last opportunity to file any motion (other than in limine and Daubert motions) are set forth below.

Proposed briefing schedule:

Opening: 5/22/18 _____ [no later than 14 days following item 3]

Opp'n: 6/12/2018 _____ [generally 21 days after opening brief]

Reply: 6/29/2018 _____ [generally 7 days after opposition brief]

7.  Trial [will ☑ / will not ☐ ] be before a jury.[2]

**DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 8-11.**

8.  The next status conference is set for 2/26/18 at 6pm. (telephonic)

9.  Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due:

_____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

Motions in limine are due two weeks before FPTC; oppositions are due one week later.  Daubert motions are due four weeks before FPTC; oppositions are due two weeks later.  (No replies.)[3]

11. Trial in this matter shall commence on 7/30/18. Trial is anticipated to take _____ [days / weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York

_11/7_____, 2017

_____

KATHERINE B. FORREST

United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b).  It serves a purely administrative function.

[3] Deadlines for motions in limine and Daubert motions are generalized and subject to change.  The parties may request to modify the schedule if desired.