UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Plaintiff,   Andrea Lounds

-v-

Defendant.   City of New York, et al.

------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17-cv-5511   ( KBF ) ( AJP )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
NOV 0 7 2017

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:* _____

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  11/7/2017

SO ORDERED:

/KB. Fo__

United States District Judge