

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| ZACHARY A. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GEOFFREY M. STANNARD<br>phone: (212) 356-2409<br>fax: (212) 356-1148<br>email: gstannar@law.nyc.gov |

November 22, 2017

**BY ECF**
Honorable Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  Andrea Lounds v. City of New York et al.
           17 CV 5511 (KBF)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Police Officer Lorraine Fuentes in the above-referenced matter. I write jointly on behalf of all parties to respectfully request that the Court schedule a settlement conference.

      By way of background, plaintiff filed the complaint in this matter on or about July 20, 2017 alleging, *inter alia*, claims of excessive force, false arrest, and municipal liability. (ECF No. 1.) The case was initially selected for participation in Local Civil Rule 83.10 (formerly, the Section 1983 Plan). (ECF No. 5.) On October 29, 2017, after plaintiff made an initial settlement demand and defendants made an initial settlement offer, plaintiff requested that the Court remove the case from the Plan. (ECF No. 15.) On October 30, 2017, the Court granted that request. (ECF No. 16.)

      On November 7, 2017, at the initial conference before the Honorable Katherine B. Forrest, the parties requested that the case be referred to a Magistrate Judge for settlement purposes. On November 7, 2017, the case was referred to Your Honor for settlement.

      Counsel for the parties have conferred and are both available for a settlement conference during the week of December 18, 2017. Accordingly, defendants respectfully request that a settlement conference be scheduled for December 18, 2017, December 19, 2017, or

December 20, 2017 (except between 12:00 p.m. and 3:00 p.m.), should any of those dates be convenient for the Court.

        The parties thank the Court for its time and consideration.

        Respectfully submitted,

        /s/

        Geoffrey M. Stannard
        *Assistant Corporation Counsel*
        Special Federal Litigation Division

cc:    **BY ECF**
      Gabriel P. Harvis, *Attorney for Plaintiff*