```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 27, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANDREA LOUNDS, a mother and natural
guardian of infant D.E.,

                Plaintiff,                17-cv-5511 (KBF)

                -v-                      ORDER

CITY OF NEW YORK, Police Officer
LORRAINE FUENTES, Shield No. 009878,
and JOHN and JANE DOE 1 through 10,

                Defendants.
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      By joint letter dated December 22, 2017, the parties to this action informed the Court that they had reached a settlement. (ECF No. 34.) The parties requested: (1) leave to file an amended complaint substituting the infant plaintiff for Andrea Lounds; and (2) leave to file a stipulation of discontinuance by January 21, 2018. (Id.) Both applications are hereby GRANTED.

      Plaintiff is directed to file an amended complaint not later than **January 8, 2017**. The parties are further directed to submit a stipulation of discontinuance not later than **January 21, 2018**.

      SO ORDERED.

Dated:     New York, New York
            December 27, 2017

                                                    _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge