

**GABRIEL P. HARVIS**
**BAREE N. FETT**

January 5, 2018

<u>BY ECF</u>
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Lounds v. City of New York, et al.*, 17 CV 5511 (KBF)

Your Honor:

  I represent plaintiff in the above-referenced civil rights action. I write to respectfully request a brief adjournment of the deadline to file an amended complaint from January 8, 2018 to January 21, 2018. Defendants consent to this application.

  If it should please the Court, by order dated December 27, 2017, the Court set a January 8th deadline for plaintiff to file an amended complaint substituting the infant's name in the caption, in connection with the parties' recent settlement. *See* DE ##34- 35. However, the infant will not reach the age of majority until later in the month, and the undersigned is prohibited by Local Rule 5.2 from filing the infant's name on the docket in unredacted form until that time.

  Accordingly, plaintiff respectfully requests an extension of time, from January 8, 2018 to January 21, 2018, to file the amended complaint.

  Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

So ordered,
KBF
1/8/18

cc: Geoffrey M. Stannard, Esq.

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881
www.civilrights.nyc