UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

DELVINA ENNIS,

                                    Plaintiff,

            -against-

CITY OF NEW YORK; Police Officer LORRAINE
FUENTES, Shield No. 009878; Police Officer DONALD
HOOK, Shield No. 2418; Sergeant PAUL TUOZZOLO, Shield
No. 870; Sergeant JOSE GARCIA, Shield No. 4936; Police
Officer ARIAS; and JOHN and JANE DOE 1 through 10,

                                    Defendants.
---------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

17 CV 5511 (KBF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
January 22, 2018

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14 FL
New York, NY 10007

By: _____
Gabriel Harvis
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Fuentes, Hook, and Garcia*
100 Church Street
New York, New York 10007

By: *G Stannard*

Geoffrey Stannard
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Dated: 1/23, 2018